**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION**

**DIANNE P. HOLLOWAY and JOHN K. HOLLOWAY**                              **PLAINTIFFS**

**V.**                                        **CIVIL ACTION NO.1:06CV192 LTS-RHW**

**ALLSTATE INSURANCE COMPANY
and COMMUNITY BANK**                                                              **DEFENDANTS**

<u>**ORDER OF REALIGNMENT**
**and**
**ORDER DENYING MOTION TO REMAND**</u>

In accordance with the Memorandum Opinion I have this day signed, it is

**ORDERED**

That the ore tenus motion of Allstate Insurance Company to realign the parties in this action is hereby **GRANTED**;

That Community Bank shall be **REALIGNED** as a party plaintiff in this action;

That the plaintiffs' motion to remand [4] is hereby **DENIED**.

**SO ORDERED** this 3rd day of August, 2006.

s/ *L. T. Senter, Jr.*

L. T. Senter, Jr.
Senior Judge